IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01161-WYD-BNB

LORI WINTERBOTTOM,

    Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC., a Washington Corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 14], filed July 18, 2012, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorneys' fees and costs.

Dated:  July 19, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge